RECEIVED
IN MONROE, LA
SEP 8 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WESLEY CRAWFORD | CIVIL ACTION NO. 08-0463 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CLAYTON DEHL, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 28], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant JohnsonDiversey, Inc.'s Motion for Summary Judgment [Doc. No. 18] is hereby DENIED.

MONROE, LOUISIANA, this 8 day of September, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE