RECEIVED
IN MONROE, LA
DEC 1 1 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WESLEY CRAWFORD | CIVIL ACTION NO. 08-0463 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CLAYTON DEHL, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 46], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 35] filed by Defendants Clayton Dehl, Alan Love, Thomas Fulmer, and AAA Cooper Transportation is GRANTED, and the claims of Plaintiff Wesley Crawford against those Defendants are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 11 day of December, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE